UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09-678 (PGS) |
| v. | : | CONTINUANCE ORDER |
| ANTYWAN ROSS | : | |

This matter having come before the Court on the joint application of Paul Fishman, United States Attorney for the District of New Jersey (by Matthew E. Beck, Assistant United States Attorney), and the defendant, Antywan Ross, by Brian P. Reilly, Assistant Federal Public Defender, for an Order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c0(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

2.   Discovery documents are to be disseminated;

3.   Defendant has consented to the aforementioned continuance and

4.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, on this __17__ day of November, 2009, it is ordered that the proceedings in the above-captioned matter are continued from November 16, 2009 through January 15, 2010;

IT IS FURTHER ORDERED that the period between November 16, 2009 through January 15, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE PETER G. SHERIDAN
United States District Judge