UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :

                            :      Criminal No. 09-678 (PGS)

                            :

             v.               :      ORDER AMENDING

                            :      CONDITIONS OF RELEASE

ANTYWAN ROSS          :

      This matter being opened to the court by Antywan Ross, through his counsel, Brian P. Reilly, Assistant Federal Public Defender, seeking an order amending the conditions of release previously set in this case on November 2, 2009;

      and those conditions having included, among others, that the defendant's travel be restricted to California, where the defendant lives, and New Jersey;

      and the defendant, intending to travel by car from his home in Oakland, California, to Saint Louis, Missouri, to spend the Thanksgiving holiday with family and then to travel from Saint Louis, Missouri, to Atlanta, Georgia, to enroll his daughter in college;

and the travel to be in the company of Rosetta Ross, third-party custodian;

and travel to take place between November 22, 2010 and December 6, 2010;

and the United States, through Assistant United States Attorney Matthew Beck having no objection to amending the conditions of release to permit travel;

and good cause having been shown;

IT IS ORDERED this 18 day of November, 2010;

1.    The defendant Antywan Ross, shall be permitted to travel from Oakland, California, to Saint Louis, Missouri, then to Atlanta, Georgia and back .

2.    Travel shall be permitted between November 22, 2010 with Antywan Ross returning to Oakland on December 6, 2010.

3.    The third-party custodian, Rosetta Ross, shall accompany Antywan Ross during travel.

All other conditions of release shall remain in full force and effect.

_____
Honorable Peter G. Sheridan