**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

22 South Clinton Avenue
Station Plaza 4, 4th Floor
Trenton, NJ 08609

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

(609) 989-2160  Telephone
(609) 989-2153  Facsimile

April 14, 2011

Honorable Peter G. Sheridan
U.S. District Judge
Clarkson S. Fisher Federal Courthouse
402 East State Street
Trenton, NJ 08608

RE:   **United States v. Antywan Ross**
       **Criminal No. 09-678**

Dear Judge Sheridan:

This letter is submitted as defense counsel's first and only request for a 30-day adjournment of the sentencing date in this case. Sentencing is presently scheduled for May 11, 2011.

The draft Pre-Sentence Report was received on March 14, 2011. Adequately responding to the draft in this case has taken longer than anticipated. Coordinating communication and receipt of documents has been problematic as the defendant resides and works in California. More complicating is that I have recently been attending to a family health issue resulting in irregular absences from the office. It is anticipated that my atypical schedule will continue in the upcoming weeks.

I appreciate the length of time in this case between plea and sentencing may be inordinate. To this point this interval has not been the result of defense counsel's actions. My request now is made in good faith to continue effective representation of my client.

I have advised counsel for the government of this request but there has been no assent from that office.

Your consideration is appreciated.

Respectfully submitted,

/s/ Brian P. Reilly
Brian P. Reilly
Assistant Federal Public Defender

BPR:mp

Enclosure

cc: Matthew Beck, AUSA
Thomas Leakan, USPO

Sentencing adjourned from May 11, 2011. Sentencing will be held on June 6, 2011 at 10:00 am. No further adjournments.

SO ORDERED: /s/ Peter G. Sheridan

DATED: 4/14/11